# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2021

## NO.  03-21-00207-CV

**Marjorie Green; Mischa Dick; Healthcare Excellence Institute, LLC; and HealthSignal Partners, LLC, Appellants**

**v.**

**Russell Poses, Individually and Derivatively on behalf of Elevate Practice Management, Inc., Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on April 19, 2021.  The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.